Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAKEWAY INVESTMENT CORP., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, AMERICAN ECONOMY INSURANCE COMPANY, an Indiana corporation, and RESOLUTE MANAGEMNT, INC., a Nebraska corporation,<br><br>Defendants. | No. 3:18-cv-05246<br><br>ORDER GRANTING STIPULATED MOTION FOR CONTINUED STAY |

This matter came on before the Court on the parties' Stipulated Motion for Continuation of Stay, and, for good cause shown, the Court hereby enters the following ORDER:

1. The parties' Stipulated Motion for Continued Stay is hereby GRANTED.

2. The matter is stayed until February 3, 2020.

/ / /

/ / /

DATED this 2nd day of October, 2019.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

**FORSBERG & UMLAUF, P.S.**

By: /s/ *Matthew S. Adams*
      Matthew S. Adams, WSBA No. 18820
      Email: MAdams@FoUm.law
      Charles A. Henty, WSBA No. 39222
      Email: CHenty@FoUm.law
      Attorneys for Safeco Insurance Company
      of America and American Economy
      Insurance Company

**FOREMAN STURM & THEDE, LLP**

By: /s/ *Nicholas A. Thede*
      Kyle A. Sturm, *Admitted Pro Hac Vice*
      Email: kyle@foremansturm.com
      Nicholas A. Thede, WSBA No. 43765
      Email: nick@foremansturm.com
      Attorneys for Lakeway Investment Corp.

**REED MCCLURE**

By: /s/ *Michael S. Rogers*
      Michael S. Rogers, WSBA No. 16423
      Email: mrogers@rmlaw.com
      Attorney for Resolute
      Management, Inc.