Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAKEWAY INVESTMENT CORP., a Washington corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, AMERICAN ECONOMY INSURANCE COMPANY, an Indiana corporation, and RESOLUTE MANAGEMNT, INC., a Nebraska corporation,<br><br>　　　　　　Defendants. | No. 3:18-cv-05246<br><br>JOINT STATUS REPORT |

    On February 6, 2020, the Court ordered the parties to report whether the stay entered in the case should be lifted or continued. (Dkt. #35).  The parties have tentatively agreed to settle the case, but they require additional time to confirm the details of the settlement.  The parties respectfully request the Court allow the parties until August 24, 2020, to finalize the settlement at which time they will report to the Court on the status of the case and whether it has been finally resolved.

JOINT STATUS REPORT – PAGE 1
CAUSE NO. 3:18-CV-05246

1  DATED this 3rd day of August, 2020.

**FORSBERG & UMLAUF, P.S.**

By:/s/ *Matthew S. Adams*
    Matthew S. Adams, WSBA No. 18820
    Email: MAdams@FoUm.law
    Charles A. Henty, WSBA No. 39222
    Email: CHenty@FoUm.law
    Attorneys for Safeco Insurance Company of America and American Economy Insurance Company

**FOREMAN STURM & THEDE, LLP**

By:/s/ *Nicholas A. Thede*
    Kyle A. Sturm, *Pro Hac Vice*
    Email: kyle@foremansturm.com
    Nicholas A. Thede, WSBA No. 43765
    Email: nick@foremansturm.com
    Attorneys for Plaintiff

**REED MCCLURE**

By:/s/ *Michael S. Rogers*
    Michael S. Rogers, WSBA No. 16423
    Email: mrogers@rmlaw.com
    Attorney for Resolute Management, Inc.

# **CERTIFICATE OF SERVICE**

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing JOINT STATUS REPORT on the following individuals in the manner indicated:

Mr. Matthew S. Adams
Mr. Charles A. Henty
Forsberg Umlauf P.S.
901 Fifth Avenue, Suite 1400
Seattle, Washington 98164
(X) Via ECF

Mr. Michael S. Rogers
Reed McClure
1215 Fourth Avenue, Suite 1700
Seattle, Washington 98161
(X) Via ECF

**SIGNED** this 3rd day of August, 2020, at Portland, Oregon.

*/s/ Nicholas A. Thede*
Nicholas A. Thede