Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAKEWAY INVESTMENT CORP., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, AMERICAN ECONOMY INSURANCE COMPANY, an Indiana corporation, and RESOLUTE MANAGEMNT, INC., a Nebraska corporation,<br><br>Defendants. | No. 3:18-cv-05246<br><br>STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE<br><br>**NOTE ON MOTION CALENDAR:**<br><br>February 12, 2021 |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Lakeway Investment Corp., by and through its counsel Nicholas A. Thede and Kyle A. Sturm of Foreman Sturm & Thede LLP, and defendants Safeco Insurance Company of America and American Economy Insurance Company, by and through their counsel Matthew S. Adams and Charles A. Henty of Forsberg & Umlauf, P.S., and Resolute Management, Inc., by and through its counsel Michael S. Rogers of Reed McClure, that the above-captioned lawsuit, as to all claims and defendants, be dismissed without prejudice and without an award of costs, fees, or disbursements

to any party, this matter having been confidentially settled and compromised between plaintiff and all defendants.

DATED this 12th day of February, 2021.

FOREMAN STURM & THEDE, LLP

By: /s/ Nicholas A. Thede
    Kyle A. Sturm, *Admitted Pro Hac Vice*
    Email: kyle@foremansturm.com
    Nicholas A. Thede, WSBA No. 43765
    Email: nick@foremansturm.com
    *Attorneys for Lakeway Investment Corp.*

FORSBERG & UMLAUF, P.S.

By: /s/ Matthew S. Adams
    Matthew S. Adams, WSBA No. 18820
    Email: MAdams@FoUm.law
    Charles A. Henty, WSBA No. 39222
    Email: CHenty@FoUm.law
    *Attorneys for Safeco Insurance Company*
    *of America and American Economy*
    *Insurance Company*

REED MCCLURE

By: /s/ Michael S. Rogers
    Michael S. Rogers, WSBA No. 16423
    Email: mrogers@rmlaw.com
    *Attorney for Resolute Management, Inc.*

STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE – PAGE 2
CAUSE NO. 3:18-CV-05246

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that on the date given below I caused to be served the foregoing STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE on the following individuals in the manner indicated:

Mr. Matthew S. Adams
Mr. Charles A. Henty
Forsberg Umlauf P.S.
901 Fifth Avenue, Suite 1400
Seattle, Washington 98164
(X) Via ECF

Mr. Michael S. Rogers
Reed McClure
1215 Fourth Avenue, Suite 1700
Seattle, Washington 98161
(X) Via ECF

SIGNED this 12th day of February, 2021, at Portland, Oregon.


_/s/ Nicholas A. Thede_____
Nicholas A. Thede