Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAKEWAY INVESTMENT CORP., a Washington corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, AMERICAN ECONOMY INSURANCE COMPANY, an Indiana corporation, and RESOLUTE MANAGEMNT, INC., a Nebraska corporation,<br><br>        Defendants. | No. 3:18-cv-05246<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR CONTINUED STAY |

    THIS MATTER having come before the Court on the parties' Stipulated Motion to Dismiss Without Prejudice, based on the foregoing stipulation, now, therefore,

    IT IS HEREBY ORDERED that this matter, including all claims and defendants, shall be dismissed from the above-captioned matter without prejudice and without an award of fees, costs, or disbursements to any party.

/ / /

/ / /

DONE IN OPEN COURT this _____ day of _____, 2021.

_____
HONORABLE BENJAMIN H. SETTLE
UNITED STATE DISTRICT JUDGE

Presented by:

**FOREMAN STURM & THEDE, LLP**

By: /s/ Nicholas A. Thede
    Kyle A. Sturm, *Admitted Pro Hac Vice*
    Email: kyle@foremansturm.com
    Nicholas A. Thede, WSBA No. 43765
    Email: nick@foremansturm.com
      *Attorneys for Lakeway Investment Corp.*

**FORSBERG & UMLAUF, P.S.**

By: /s/ Matthew S. Adams
    Matthew S. Adams, WSBA No. 18820
    Email: MAdams@FoUm.law
    Charles A. Henty, WSBA No. 39222
    Email: CHenty@FoUm.law
      *Attorneys for Safeco Insurance Company*
      *of America and American Economy*
      *Insurance Company*

**REED MCCLURE**

By: /s/ Michael S. Rogers
    Michael S. Rogers, WSBA No. 16423
    Email: mrogers@rmlaw.com
      *Attorney for Resolute Management, Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that on the date given below I caused to be served the foregoing [PROPOSED] ORDER GRANTING STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE on the following individuals in the manner indicated:

Mr. Matthew S. Adams
Mr. Charles A. Henty
Forsberg Umlauf P.S.
901 Fifth Avenue, Suite 1400
Seattle, Washington 98164
(X) Via ECF

Mr. Michael S. Rogers
Reed McClure
1215 Fourth Avenue, Suite 1700
Seattle, Washington 98161
(X) Via ECF

SIGNED this 12th day of February, 2021, at Portland, Oregon.

/s/ Nicholas A. Thede
Nicholas A. Thede