Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LAKEWAY INVESTMENT CORP., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, AMERICAN ECONOMY INSURANCE COMPANY, an Indiana corporation, and RESOLUTE MANAGEMNT, INC., a Nebraska corporation,<br><br>Defendants. | No. 3:18-cv-05246<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE |

THIS MATTER having come before the Court on the parties' Stipulated Motion to Dismiss Without Prejudice, based on the foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED that this matter, including all claims and defendants, shall be dismissed from the above-captioned matter without prejudice and without an award of fees, costs, or disbursements to any party.

DONE IN OPEN COURT this 16th day of February, 2021.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

**FOREMAN STURM & THEDE, LLP**

By: */s/ Nicholas A. Thede*
    Kyle A. Sturm, *Admitted Pro Hac Vice*
    Email: kyle@foremansturm.com
    Nicholas A. Thede, WSBA No. 43765
    Email: nick@foremansturm.com
        *Attorneys for Lakeway Investment Corp.*

**FORSBERG & UMLAUF, P.S.**

By: */s/ Matthew S. Adams*
    Matthew S. Adams, WSBA No. 18820
    Email: MAdams@FoUm.law
    Charles A. Henty, WSBA No. 39222
    Email: CHenty@FoUm.law
        *Attorneys for Safeco Insurance Company*
        *of America and American Economy*
        *Insurance Company*

**REED MCCLURE**

By: */s/ Michael S. Rogers*
    Michael S. Rogers, WSBA No. 16423
    Email: mrogers@rmlaw.com
        *Attorney for Resolute Management, Inc.*